IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01354-LTB

LOUIS LOVATO,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

ORDER GRANTING ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT
_____

The Stipulated Motion for Order to Approve an Award of Attorney Fees Under the Equal Access to Justice Act (Doc 17) filed July 19, 2012, is GRANTED. In consideration thereof, it is

ORDERED that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of $4,882.50.

Dated at Denver, Colorado, this ___20th___ day of July, 2012.

                              BY THE COURT:

                              ___s/Lewis T. Babcock_____
                              LEWIS T. BABCOCK, JUDGE